# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 01-734 |
| v. | : | Hon. Faith S. Hochberg |
| RASHEED SALEEM | : | **O R D E R** |

This matter having come before the Court on the *pro se* motion of defendant Rasheed Saleem for modification of his sentence (Dkt. No. 18); and the Court having considered defendant's motion, the records of proceedings in this matter, and the response of the United States (Gurbir S. Grewal, Assistant U.S. Attorney, appearing); and for good cause shown, and

IT APPEARING THAT on January 26, 2011 defendant Saleem was sentenced to 24 months incarceration for violating the condition of his supervised release that he commit no further crimes while on supervised release;

IT APPEARING THAT defendant Saleem moves this Court to modify his sentence on the basis of his post-sentencing rehabilitation, pursuant to the Supreme Court's recent decision in *Pepper v. United States*, 131 S. Ct. 1229 (2011), and 18 U.S.C. § 3582(c);

IT APPEARING THAT the decision in *Pepper v. United States*, 131 S. Ct. 1229 (2011), is inapplicable to this case; and

IT APPEARING THAT this Court otherwise lacks jurisdiction to modify defendant Saleem's sentence, as there are no statutory or equitable provisions for this Court to do so,

IT IS on this day of January, 2012,

ORDERED that defendant's motion for sentence modification is hereby denied with prejudice.

HON. FAITH S. HOCHBERG
United States District Judge